JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Maryam Dawood,<br><br>    Plaintiff,<br><br>    v.<br><br>Alejandro Mayorkas, Secretary of the Department of Homeland Security, Ur Mendoza Jaddou, Director of United States Citizenship and Immigration Services, David Radel, Director of the Los Angeles Asylum Office,<br><br>    Defendants. | Case No. 2:24-cv-01846-GMN-DJA<br><br>**Joint Stipulation to Stay the Proceedings (First Request)** |

This case was initially transferred from the United States District Court for the District of Columbia on or around October 3, 2024.  The United States of America ("United States") on behalf of the federal defendants has not yet filed a response.  The parties have a Joint Status Report due on November 2, 2024.

Plaintiff Maryam Dawood ("Plaintiff") and the United States, on behalf of federal defendants, Alejandro Mayorkas, Ur Mendoza Jaddou, and David Radel, by and through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance until **November 14, 2025.**

The subject of this litigation is to compel the adjudication of Plaintiff's I-589 asylum application, including the scheduling of her asylum interview. Since the filing of the action,

plaintiff's asylum interview has been scheduled for July 17, 2025. The parties request a stay of approximately 120 days from the date of the scheduled asylum interview to adjudicate Plaintiff's I-519 application.

This is the first request to stay the proceedings. This request is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' effort to resolve the matter by adjudicating Plaintiff's application.

Respectfully submitted this 18th day of October 2024.

JASON M. FRIERSON
United States Attorney

_/s/ Fady Eskandir_ _____

FADY ESKANDAR
421 N. Brookhurst St., Suite 200
Anaheim, CA 92801
(714) 729-3303
_Plaintiff's Attorney_

_/s/ Karissa D. Neff_ _____

KARISSA D. NEFF
Assistant United States Attorney
_Attorneys for the Federal Defendants_

**IT IS SO ORDERED:**

_____

**Gloria M. Navarro**
**United States District Judge**

**DATED: This __18__ day of October, 2024.**