SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maryam Dawood,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alejandro Mayorkas, Secretary of the Department of Homeland Security, Ur Mendoza Jaddou, Director of United States Citizenship and Immigration Services, David Radel, Director of the Los Angeles Asylum Office,<br><br>　　　　Defendants. | Case No. 2:24-cv-01846-GMN-DJA<br><br>**Stipulation and Order for Dismissal Without Prejudice** |

　　Whereas, Plaintiff's I-589 asylum application has been adjudicated at the administrative level, Plaintiff and Defendants, through their undersigned counsel, stipulate

///
///
///
///
///
///
///
///

that this action may be dismissed without prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 16th day of October, 2025.

|  |  |
|---|---|
|  | SIGAL CHATTAH<br>Acting United States Attorney |
| /s/ Fady Eskandir<br>FADY ESKANDAR<br>421 N. Brookhurst St., Suite 200<br>Anaheim, CA 92801<br>(714) 729-3303<br>*Plaintiff's Attorney* | /s/ Karissa D. Neff<br>KARISSA D. NEFF<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

IT IS FURTHER ORDERED the stay in this matter is lifted.

**IT IS SO ORDERED:**

_____
**United States District Judge**

**DATED:** October 17, 2025